UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **SACV 25-1432-MWF(DFMx)**                                                  Date:  September 17, 2025

Title       ***Larry Morris v. Verizon Wireless Services, LLC, et al.***

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

  A review of the docket in this action reflects that the Complaint was filed on July 1, 2025.  (Docket No. 1).  On July 31, 2025, Plaintiff filed a Proof of Service of Summons and Complaint on Defendant Verizon Wireless Services, LLC ("version").  (Docket No. 12).  Pursuant to that Proof of Service, Verizon's response to the Complaint was due August 14, 2025.

  On September 11, 2025, Plaintiff dismissed Defendant Experian Information Solutions, Inc.  (Docket No. 16).  Verizon is the only remaining Defendant in this action.

  The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 3, 2025**.

- By Defendant Verizon:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- By Plaintiff:  Application to the Clerk to Enter Default as to Defendant Verizon.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **SACV 25-1432-MWF(DFMx)**                                        Date:  September 17, 2025

Title         ***Larry Morris v. Verizon Wireless Services, LLC, et al.***

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **OCTOBER 3, 2025,** will result in the dismissal of this action.

    IT IS SO ORDERED.