JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA\

| | |
|---|---|
| LARRY MORRIS,<br>Plaintiff,<br>v.<br>VERIZON WIRELESS SERVICES, LLC, et al.,<br>Defendants. | Case No. 8:25-cv-01432-MWF-DFM<br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)** |

The Court has considered the parties' Stipulation for Voluntary Dismissal of Entire Action with Prejudice (the "Stipulation"). (Docket No. 31). For good cause shown, the Court GRANTS the Stipulation. This action is DISMISSED with prejudice, with each party bearing his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 21, 2026

MICHAEL W. FITZGERALD
United States District Judge